| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sandberg, James E.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-5573** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**726 North Van Nortwick**<br>**Batavia, IL 60510-1170** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

| **Voluntary Petition** | FORM B1, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sandberg, James E.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     /s/ James E. Sandberg
Signature of Debtor **James E. Sandberg**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 22, 2005**
Date

**Signature of Attorney**

X     /s/ Thomas F. Fezzey
Signature of Attorney for Debtor(s)
**Thomas F. Fezzey**
Printed Name of Attorney for Debtor(s)
**Thomas F. Fezzey, Attorney at Law**
Firm Name
**600 West Roosevelt Road
Suite B-1
Wheaton, IL 60187-2302**
Address      **Email: thomas@fezzey.com**
**(630) 909-0909  Fax: (630) 909-0908**
Telephone Number
**June 22, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Thomas F. Fezzey          June 22, 2005
Signature of Attorney for Debtor(s)          Date
**Thomas F. Fezzey**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James E. Sandberg**                                    ,    Case No. _____
                                    Debtor

                                    Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 67,325.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 158,992.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,011.60 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,288.05 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 67,325.00 | | |
| Total Liabilities | | | | 158,992.00 | |

In re    **James E. Sandberg**                                      ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **James E. Sandberg**                                          ,    Case No. _____
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Harris Bank** | - | **250.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings** | - | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Stamp Collection and miscellaneous antiques.** | - | **450.00** |
| 6. Wearing apparel. | | **Necessary Wearing Apparel** | - | **300.00** |
| 7. Furs and jewelry. | | **Miscellaneous jewelry** | - | **300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **1,850.00**
(Total of this page)

_**3**_  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **James E. Sandberg**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **401K with Dean Foods** | - | **64,000.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Treasury Bonds** | - | **250.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **64,250.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **James E. Sandberg**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Buick Century with 112,000 miles in fair condition co-owned with Mother** | - | 250.00 |
| | | **1982 Oldsmobile Delta 88 with over 100,000 miles in fair condition** | - | 250.00 |
| | | **1980 Yamaha motorcycle that leaks oil and is inoperable.** | - | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Computer and Printer** | - | 225.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >   1,225.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James E. Sandberg** _____,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **67,325.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **James E. Sandberg**                                                   ,    Case No. _____

Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at Harris Bank** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Stamp Collection and miscellaneous antiques.** | **735 ILCS 5/12-1001(b)** | **500.00** | **450.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Miscellaneous jewelry** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K with Dean Foods** | **735 ILCS 5/12-704** | **60,000.00** | **64,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Treasury Bonds** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1989 Buick Century with 112,000 miles in fair condition co-owned with Mother** | **735 ILCS 5/12-1001(c)** | **250.00** | **250.00** |
| **1982 Oldsmobile Delta 88 with over 100,000 miles in fair condition** | **735 ILCS 5/12-1001(c)** | **250.00** | **250.00** |
| **1980 Yamaha motorcycle that leaks oil and is inoperable.** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer and Printer** | **735 ILCS 5/12-1001(b)** | **150.00** | **225.00** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D
(12/03)

In re   **James E. Sandberg**                                         ,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

Subtotal
(Total of this page)

Total                                 **0.00**
(Report on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6E
(04/04)

In re  **James E. Sandberg**                                                                    Case No. _____
                                                                    ,
                                                  Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

Form B6F
(12/03)

In re __James E. Sandberg_____,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 33444557300001<br><br>Aes/Educaid<br>1200 N 7th St<br>Harrisburg, PA 17102 | | - | Opened 2/01/02 Last Active 1/03/05<br>Educational | | | | 4,645.00 |
| Account No. 33444557300002<br><br>Aes/Educaid<br>1200 N 7th St<br>Harrisburg, PA 17102 | | - | Opened 2/01/02 Last Active 1/03/05<br>Educational | | | | 4,406.00 |
| Account No. 42100<br><br>Alan C. Gasteier, DDS<br>Bankruptcy Dept.<br>215 W. Wilson<br>Batavia, IL 60510 | | - | 2003<br>Dental Services | | | | 0.00 |
| Account No. 023989784015348802<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | - | Opened 5/01/91 Last Active 6/01/97 | | | | 0.00 |

__21__  continuation sheets attached

| | Subtotal<br>(Total of this page) | 9,051.00 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     S/N:32993-050615    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **023989784015333063**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | - | | Opened  2/01/91 | | | | **Unknown** |
| Account No.<br><br>**Apex Financial Management**<br>**Bankruptcy Dept.**<br>**P.O. Box 2189**<br>**Northbrook, IL 60065-2189** | - | | Collection Agency | | | | **Unknown** |
| Account No. **6011617210872656**<br><br>**Associates/Officemax**<br>**Po Box 9714**<br>**Gray, TN 37615** | - | | Opened  2/01/96  Last Active 1/16/04<br>ChargeAccount | | | | **0.00** |
| Account No. **630 879-6773 0066072**<br><br>**AT&T**<br>**Bankruptcy Dept.**<br>**P.O. Box 1288**<br>**Pittsburgh, PA 15230** | - | | 1981<br>Phone Service | | | | **0.00** |
| Account No. **4783 5805 3040 0387**<br><br>**AT&T Universal Card**<br>**BANKRUPTCY DEPT.**<br>**P.O. Box 44183**<br>**Jacksonville, FL 32231-4183** | - | | Misc. Consumer Purchases | | | | **Unknown** |

Sheet no. __1__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James E. Sandberg** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **435610000412** <br><br> **Bank Of America** <br> **1825 E Buckeye Rd** <br> **Phoenix, AZ 85034** | - | | **Opened 10/01/91 Last Active 9/28/03** <br> **ChargeAccount** | | | | **1,457.00** |
| Account No. **4356 1000 0412 1901** <br><br> **Bank of America** <br> **Bankruptcy Dept.** <br> **P.O. Box 2493** <br> **Norfolk, VA 23510** | - | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **898380000098649** <br><br> **Bank One** <br> **1 East Old State** <br> **Springfield, IL 62701** | - | | **Opened 2/01/94 Last Active 2/01/03** | | | | **0.00** |
| Account No. **5544 5710 1019 8747** <br><br> **Bank One** <br> **Bankruptcy Dept.** <br> **P.O. Box 8650** <br> **Wilmington, DE 19899-8650** | - | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **5544 5710 1019 8747** <br><br> **Bank One** <br> **Bankruptcy Dept.** <br> **P.O. Box 8650** <br> **Wilmington, DE 19899-8650** | - | | **Misc. Consumer Purchases** | | | | **Unknown** |

Sheet no. __**2**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,457.00**

Form B6F - Cont.
(12/03)

In re  **James E. Sandberg**                                          ,     Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5544 5710 1019 8747** <br><br> **Bank One Bankruptcy Dept. P.O. Box 8650 Wilmington, DE 19899-8650** | - | | Misc. Consumer Purchases | | | | **Unknown** |
| Account No. **5520000935** <br><br> **Bp/Citi Po Box 15687 Wilmington, DE 19850** | - | | Opened 4/01/76 | | | | **Unknown** |
| Account No. **438864130662** <br><br> **Cap One Bk Po Box 85520 Richmond, VA 23285** | - | | Opened 4/01/94 Last Active 4/01/98 | | | | **18.00** |
| Account No. **3705177** <br><br> **Cavalry Portfolio Serv 4050 E Cotton Center Blv Phoenix, AZ 85040** | - | | Opened 4/01/04 | | | | **13,108.00** |
| Account No. **5121071777044094** <br><br> **Cbusasears Po Box 6189 Sioux Falls, SD 57117** | - | | Opened 10/01/94 Last Active 8/21/03 ChargeAccount | | | | **4,120.00** |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,246.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **James E. Sandberg**                                        , Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4226910013** <br><br> **Chase** <br> **4915 Independence Pkwy** <br> **Tampa, FL 33634** | | - | | | **Opened 11/01/93  Last Active  8/22/03** | | | | **10,426.00** |
| Account No. **5672230123682121** <br><br> **Chase** <br> **100 Duffy Ave # 4h2** <br> **Hicksville, NY 11801** | | - | | | **Opened  5/01/86  Last Active  7/01/97** | | | | **0.00** |
| Account No. **5369 9003 5045 1287** <br><br> **Chase** <br> **Bankruptcy Dept.** <br> **P.O. Box 52188** <br> **Phoenix, AZ 85072-2188** | | - | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **4226 9100 1313 7039** <br><br> **Chase** <br> **Bankruptcy Dept.** <br> **P.O. Box 52188** <br> **Phoenix, AZ 85072-2188** | | - | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **5369 9003 5045 1287** <br><br> **Chase** <br> **Bankruptcy Dept.** <br> **P.O. Box 15918** <br> **Wilmington, DE 19850-5918** | | - | | | **Misc. Consumer Purchases** | | | | **Unknown** |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,426.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                    ,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **536990035045** <br><br> **Chase Na** <br> **100 Duffy Ave # 4h2** <br> **Hicksville, NY 11801** | - | | **Opened 11/01/93  Last Active  9/11/03** <br> **ChargeAccount** | | | | **6,829.00** |
| Account No. **422691001313** <br><br> **Chase Na** <br> **100 Duffy Ave** <br> **Hicksville, NY 11801** | - | | **Opened 11/01/93** | | | | **Unknown** |
| Account No. **4428 1350 4046 2517** <br><br> **Choice** <br> **Bankruptcy Dept.** <br> **P.O. Box 142319** <br> **Irving, TX 75014-2319** | - | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **173004839** <br><br> **Citgo/Citi** <br> **Po Box 15687** <br> **Wilmington, DE 19850** | - | | **Opened  4/01/76  Last Active  6/15/00** | | | | **0.00** |
| Account No. **442813504046** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | - | | **Opened  4/01/90  Last Active  7/31/03** <br> **ChargeAccount** | | | | **8,588.00** |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,417.00**

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                                          ,   Case No. _____
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **542418049164** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | - | | | Opened  7/01/90  Last Active  9/08/03 <br> ChargeAccount | | | | 6,447.00 |
| Account No. **546646001014** <br><br> **Citi** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | - | | | Opened 10/01/93  Last Active  8/18/03 <br> ChargeAccount | | | | 5,949.00 |
| Account No. **462120093011** <br><br> **Citi** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | - | | | Opened 12/01/93  Last Active  9/08/03 <br> ChargeAccount | | | | 3,593.00 |
| Account No. **461657003069** <br><br> **Citi** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | - | | | Opened 11/01/93  Last Active  9/08/03 <br> ChargeAccount | | | | 1,476.00 |
| Account No. **541065409252** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | - | | | Opened  9/01/90  Last Active  3/06/01 | | | | 0.00 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,465.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James E. Sandberg**                                    , Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **545715004022**<br><br>**Citi**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | - | Opened 8/01/93 Last Active 5/01/97 | | | | **0.00** |
| Account No. **462120025049**<br><br>**Citi**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | - | Opened 12/01/93 | | | | **Unknown** |
| Account No. **462120062021**<br><br>**Citi**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | - | Opened 12/01/93 | | | | **Unknown** |
| Account No. **541931075041**<br><br>**Citi**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | - | Opened 8/01/93 | | | | **Unknown** |
| Account No. **5466 4600 1014 8940**<br><br>**Citi Card**<br>**Bankruptcy Dept.**<br>**P.O. Box 142319**<br>**Irving, TX 75014-2319** | | - | Misc. Consumer Purchases | | | | **Unknown** |

Sheet no. _7_ of _21_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James E. Sandberg**                                                                    Case No. _____
                                                                    ,
                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4616 5700 3069 9326** <br><br> **Citi Card** <br> **Bankruptcy Dept.** <br> **P.O. Box 142319** <br> **Irving, TX 75014-2319** | - | | | | **NSF Bank Fees** | | | | **Unknown** |
| Account No. **4621 2009 3011 1700** <br><br> **Citi Cards** <br> **Bankruptcy Dept.** <br> **P.O. Box 660370** <br> **Dallas, TX 75266-0370** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **5466 4600 1014 8940** <br><br> **Citi Cards / Verizon** <br> **Bankruptcy Dept.** <br> **P.O. Box 142319** <br> **Irving, TX 75014-2319** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **5424 1804 9164 4305** <br><br> **Citi Premier Card** <br> **Bankruptcy Dept.** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163-6000** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **5424 1804 9164 4305** <br><br> **Citi Premier Card** <br> **Bankruptcy Dept.** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163-6000** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |

Sheet no. __**8**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                    , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1511402537** | | - | | | **Opened  4/01/86  Last Active  2/08/04** **ChargeAccount** | | | | |
| **Citi/Cpu** **110 Lake Dr # 1-0103** **Newark, DE 19702** | | | | | | | | | **294.00** |
| Account No. | | - | | | **Collection Agency** | | | | |
| **Creditors Interchange** **Bankruptcy Dept.** **80 Holtz Drive** **Buffalo, NY 14225** | | | | | | | | | **Unknown** |
| Account No. **V008773145** | | - | | | **2004** **Medical Services** | | | | |
| **Delnor Community Hospital** **Bankruptcy Dept.** **P.O. Box 739** **Moline, IL 61266-0739** | | | | | | | | | **Unknown** |
| Account No. **5427753200063509** | | - | | | **Opened 12/01/87  Last Active  8/25/03** | | | | |
| **Direct Merchants Bank** **Po Box 43730** **Baltimore, MD 21236** | | | | | | | | | **0.00** |
| Account No. **541058390024** | | - | | | **Opened 10/21/95  Last Active  8/24/03** | | | | |
| **Direct Merchants Credit** **Po Box 43038** **Baltimore, MD 21236** | | | | | | | | | **0.00** |

Sheet no. __**9**___ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**294.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                    ,     Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5410 5839 0024 6891** **Direct Rewards Bankruptcy Dept. P.O. Box 550680 Jacksonville, FL 32255-4150** | | - | | | Misc. Consumer Purchases | | | | **Unknown** |
| Account No. **6011 0079 6450 2685** **Discover Bankruptcy Dept. P.O. Box 3008 New Albany, OH 43054-3008** | | - | | | Misc. Consumer Purchases | | | | **Unknown** |
| Account No. **601100796450** **Discover Financial Svc Po Box 15316 Wilmington, DE 19850** | | - | | | Opened  7/01/86  Last Active  8/21/03 ChargeAccount | | | | **12,059.00** |
| Account No. **33444557300001** **Educaid P O Box 2461 Harrisburg, PA 17105** | | - | | | Opened  2/05/02  Last Active  1/03/05 Educational | | | | **4,645.00** |
| Account No. **33444557300002** **Educaid P O Box 2461 Harrisburg, PA 17105** | | - | | | Opened  2/05/02  Last Active  1/03/05 Educational | | | | **4,406.00** |

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **21,110.00**

Form B6F - Cont.
(12/03)

In re **James E. Sandberg**                                    , Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **420972504201** | | | | | Opened 10/01/92  Last Active  6/01/97 | | | | |
| **Elan Fin Stl** **12443 Olive Blvd** **Saint Louis, MO 63141** | - | | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. **5411 1703 5334 9213** | | | | | Misc. Consumer Purchases | | | | |
| **First National Bank of Omaha** **Bankruptcy Dept.** **P.O. Box 3331** **Omaha, NE 68103** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **4418 5391 2572 6229** | | | | | Misc. Consumer Purchases | | | | |
| **First National Bank of Omaha** **Bankruptcy Dept.** **P.O. Box 3331** **Omaha, NE 68103-0331** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **5230 0220 0001 0517** | | | | | Misc. Consumer Purchases | | | | |
| **First USA** **Bankruptcy Dept.** **P.O. Box 15548** **Wilmington, DE 19886-5548** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **4417 1177 0310 6824** | | | | | Misc. Consumer Purchases | | | | |
| **First USA** **Bankruptcy Dept.** **P.O. Box 8650** **Wilmington, DE 19899-8650** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __11__ of __21__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        **0.00**

Form B6F - Cont.
(12/03)

In re __James E. Sandberg_____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **554457101019** <br><br> **First Usa Bank** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | - | | Opened 10/01/76 Last Active 9/07/03 <br> ChargeAccount | | | | **4,916.00** |
| Account No. **436614102033** <br><br> **First Usa Bank** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | - | | Opened 5/01/82 Last Active 9/01/00 | | | | **0.00** |
| Account No. **441711770310** <br><br> **First Usa Bank N A** <br> **1001 Jefferson Plaza** <br> **Wilmington, DE 19701** | - | | Opened 9/01/92 Last Active 9/07/03 <br> ChargeAccount | | | | **5,867.00** |
| Account No. **4678017550** <br><br> **Fnb Chicago Fst Card** <br> **2500 Westfield Dr** <br> **Elgin, IL 60123** | - | | Opened 5/01/82 Last Active 7/01/99 | | | | **Unknown** |
| Account No. **509048256805215** <br><br> **Fnb Omaha** <br> **1620 Dodge St** <br> **Omaha, NE 68197** | - | | Opened 10/01/88 Last Active 8/25/03 <br> ChargeAccount | | | | **11,788.00** |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **22,571.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                          ,      Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **417495870611236**<br><br>**Fnb Omaha**<br>**1620 Dodge St**<br>**Omaha, NE 68197** | - | | Opened 6/01/91 Last Active 8/18/03<br>ChargeAccount | | | | 9,216.00 |
| Account No. **341584798948403**<br><br>**Fnb Omaha**<br>**1620 Dodge St**<br>**Omaha, NE 68197** | - | | Opened 1/01/95 Last Active 8/25/03<br>ChargeAccount | | | | 3,899.00 |
| Account No.<br><br>**Fox Valley Orthopardic Institute**<br>**Bankruptcy Dept.**<br>**2525 Kaneville Road**<br>**Geneva, IL 60134** | | | 2005<br>Medical Services | | | | Unknown |
| Account No. **3791224052**<br><br>**Gemb/Jc Penney**<br>**Po Box 984100**<br>**El Paso, TX 79998** | - | | Opened 5/01/85 Last Active 1/24/01<br>ChargeAccount | | | | 0.00 |
| Account No. **6032207520101031**<br><br>**Gemb/Walmart**<br>**Pob 981400**<br>**El Paso, TX 79998** | - | | Opened 11/01/00 Last Active 3/16/04<br>ChargeAccount | | | | 285.00 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **13,400.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James E. Sandberg**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **449** <br><br> **Geneva Eye Clinic** <br> **Bankruptcy Dept.** <br> **302 Randall Road  #10** <br> **Geneva, IL 60134** | - | | | | **2004** <br> **Medical Services** | | | | 0.00 |
| Account No. **2191** <br><br> **Geneva Family Practice** <br> **Bankruptcy DEpt.** <br> **302 Randall Road  #202** <br> **Geneva, IL 60134** | - | | | | **2004** <br> **Medical Services** | | | | 0.00 |
| Account No. **5438570002101999** <br><br> **Hhld Bank** <br> **Po Box 98706** <br> **Las Vegas, NV 89193** | - | | | | **Opened 12/01/01  Last Active  3/22/02** | | | | 0.00 |
| Account No. **0401535978** <br><br> **Hhld Bank** <br> **Po Box 98706** <br> **Las Vegas, NV 89193** | - | | | | **Opened  9/01/92** | | | | **Unknown** |
| Account No. **543700040153** <br><br> **Household Bank** <br> **Pob 98706** <br> **Las Vegas, NV 89193** | - | | | | **Opened  9/01/92  Last Active 11/01/00** | | | | 0.00 |

Sheet no. __**14**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **James E. Sandberg**                                    , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5471191521<br><br>**Hsbc Mortgage Corp Usa**<br>**2929 Walden Ave**<br>**Depew, NY 14043** | | - | | | Opened 1/01/94  Last Active 4/01/02<br>Mortgage | | | | 0.00 |
| Account No.<br><br>**Kane Cardiology**<br>**Bankruptcy Dept.**<br>**302 Randall Road  #106**<br>**Geneva, IL 60134** | | - | | | 2004<br>Medical Services | | | | 0.00 |
| Account No. 4489441<br><br>**Kca Financial Svcs**<br>**628 North St**<br>**Geneva, IL 60134** | | - | | | Opened 10/01/02<br>Collection Provena Mercy Center | | | | 182.00 |
| Account No. 025 3463 525<br><br>**Kohl's**<br>**Bankruptcy Dept.**<br>**P.O. Box 3043**<br>**Milwaukee, WI 53201-3043** | | - | | | Misc. Consumer Purchases | | | | Unknown |
| Account No. 025346352552<br><br>**Kohls**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | - | | | Opened 12/01/95  Last Active 10/17/03<br>ChargeAccount | | | | 271.00 |

Sheet no. __15__ of __21__ sheets attached to Schedule of        Subtotal        453.00
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

Form B6F - Cont.
(12/03)

In re    **James E. Sandberg**                                          ,    Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **R0040355**<br><br>**Lord & Taylor**<br>**300 Sheffield Ctr**<br>**Lorain, OH 44055** | - | | | | **Opened  1/01/95  Last Active 12/04/95**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **R0388020**<br><br>**Marshall Fields**<br>**111 Boulder Industrial D**<br>**Bridgeton, MO 63044** | - | | | | **Opened  2/01/88**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **5329 0024 6602 9500**<br><br>**MBNA America**<br>**Bankruptcy Dept.**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **0258**<br><br>**Mbna America Bank Na**<br>**Pob 17054**<br>**Wilmington, DE 19884** | - | | | | **Opened  7/01/00  Last Active  1/04/04**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **1710**<br><br>**Mbna America Bank Na**<br>**Pob 17054**<br>**Wilmington, DE 19884** | - | | | | **Opened  4/01/88  Last Active  8/20/03**<br>**ChargeAccount** | | | | **0.00** |

Sheet no. __**16**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James E. Sandberg**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 995977103 | | | - | | Opened  6/01/86 | | | | |
| **Merchants National Ban** **34 S Broadway** **Aurora, IL 60505** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Collection Agency | | | | |
| **National Asset Recovery, Inc.** **Bankruptcy Dept.** **2880 Dresden Drive  Suite 200** **Atlanta, GA 30341** | | | | | | | | | **Unknown** |
| Account No. 1149831 | | | - | | Opened  1/01/88 ChargeAccount | | | | |
| **Nbgl-Carsons** **140 W Industrial Dr** **Elmhurst, IL 60126** | | | | | | | | | **Unknown** |
| Account No. 5919993 | | | - | | Opened 11/01/04 Collection Nco/Assignee Of Chas | | | | |
| **Nco Fin/99** **Po Box 41466** **Philadelphia, PA 19101** | | | | | | | | | **12,526.00** |
| Account No. 32698018381 | | | - | | Opened  2/20/81  Last Active  1/31/05 | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | | | | | | | | **194.00** |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,720.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **James E. Sandberg**                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **601165610091**<br><br>**Office Depot-C/Cbusa Na**<br>**Po Box 7038**<br>**Sioux Falls, SD 57117** | - | | | | **Opened 1/01/95 Last Active 6/01/03** | | | | 0.00 |
| Account No. **151 140 253 7**<br><br>**Phillips 66**<br>**Bankruptcy Dept.**<br>**P.O. Box 9140**<br>**Des Moines, IA 50368-9140** | - | | | | **Misc. Consumer Purchases** | | | | Unknown |
| Account No.<br><br>**Purcell Bros. Auto Service & Tire**<br>**Bankruptcy Dept.**<br>**351 S. Randall Road**<br>**Batavia, IL 60510** | - | | | | **Misc. Consumer Purchases** | | | | Unknown |
| Account No. **50213378300001**<br><br>**Regency Savings/Fhlmc**<br>**24 N Washington St**<br>**Naperville, IL 60540** | - | | | | **Opened 11/01/85 Last Active 8/16/04** | | | | 2,035.00 |
| Account No. **4352 3734 0165 6472**<br><br>**Retailers National Bank/Target**<br>**Bankruptcy Dept.**<br>**P.O. Box 59231**<br>**Minneapolis, MN 55459-0231** | - | | | | **Misc. Consumer Purchases** | | | | Unknown |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,035.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James E. Sandberg** ,                                    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2399** <br><br> **Riaz A. Baber, M.D.** <br> **Bankruptcy Dept.** <br> **P.O. Box 1446** <br> **Aurora, IL 60507-1446** | - | | | | **2004** <br> **Medical Services** | | | | **Unknown** |
| Account No. **388020789110** <br><br> **Rnb-Fields3** <br> **Po Box 9475** <br> **Minneapolis, MN 55440** | - | | | | **Opened  2/01/88** <br> **ChargeAccount** | | | | **0.00** |
| Account No. **38802078** <br><br> **Rnb/Dayton/Hudson/Fields** <br> **3701 Wayzata Blvd** <br> **Minneapolis, MN 55416** | - | | | | **Opened  2/18/88  Last Active  4/01/97** <br> **ChargeAccount** | | | | **0.00** |
| Account No. **5121 0717 7704 4094** <br><br> **Sears Gold Master Card** <br> **Bankruptcy Dept** <br> **P.O. Box 818007** <br> **Cleveland, OH 44181-8007** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. **4356100004121901** <br><br> **Sherman Acquisition** <br> **Po Box 740281** <br> **Houston, TX 77274** | - | | | | **Opened  6/01/04** | | | | **1,614.00** |

Sheet no. __**19**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **1,614.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James E. Sandberg**                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.

**Sherman Acquisition Bankruptcy Dept. P.O. Box 1170 Fairfax, VA 22030** | - | | | **Collection Agency** | | | | **Unknown** |
| Account No. **914897278090**

**Tnb - Target Po Box 9745 Minneapolis, MN 55440** | - | | | **Opened 11/01/99  Last Active  2/07/02 ChargeAccount** | | | | **0.00** |
| Account No. **4352373401656472**

**Tnb Target Po Box 9475 Minneapolis, MN 55440** | - | | | **Opened 11/01/99  Last Active  8/16/03 ChargeAccount** | | | | **2,470.00** |
| Account No. **539880000093**

**Unvl/Citi Po Box 6241 Sioux Falls, SD 57117** | - | | | **Opened  5/01/91  Last Active  8/20/03 ChargeAccount** | | | | **5,947.00** |
| Account No. **478358053040**

**Unvl/Citi Po Box 6241 Sioux Falls, SD 57117** | - | | | **Opened 12/01/94  Last Active  8/20/03 ChargeAccount** | | | | **5,316.00** |

Sheet no. __**20**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,733.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **James E. Sandberg**                                    , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **13836392** <br><br> **Wachovia Bk Educaid/Ft** <br> **Po Box 13667** <br> **Sacramento, CA 95853** | - | | | | **Opened  2/01/02** <br> **Educational** | | | | **Unknown** |
| Account No. **13836404** <br><br> **Wachovia Bk Educaid/Ft** <br> **Po Box 13667** <br> **Sacramento, CA 95853** | - | | | | **Opened  2/01/02** <br> **Educational** | | | | **Unknown** |
| Account No. **6032 2075 2010 1031** <br><br> **Wal Mart** <br> **Bankruptcy Dept.** <br> **P.O. Box 103042** <br> **Roswell, GA 30076-9042** | - | | | | **Misc. Consumer Purchases** | | | | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **0.00** |
| Total <br> (Report on Summary of Schedules) | **158,992.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **James E. Sandberg** _____,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **James E. Sandberg**                                          ,    Case No. _____
                                         Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6I
(12/03)

In re   **James E. Sandberg**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed and Disabled** | |
| How long employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 0.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | N/A |
| Income from real property | $ | 0.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance (Specify)  **Social Security** | $ | 1,494.20 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| Pension or retirement income | $ | 0.00 | $ | N/A |
| Other monthly income (Specify)  **CNA Disability** | $ | 517.40 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 2,011.60 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME        $ _____ 2,011.60      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **James E. Sandberg**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| Are real estate taxes included? | Yes ___   No **X** | | |
| Is property insurance included? | Yes ___   No **X** | | |
| Utilities: | Electricity and heating fuel | $ | 244.00 |
| | Water and sewer | $ | 0.00 |
| | Telephone | $ | 64.00 |
| | Other   **Cable TV** | $ | 17.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 433.00 |
| Clothing | | $ | 20.00 |
| Laundry and dry cleaning | | $ | 10.00 |
| Medical and dental expenses | | $ | 1,264.00 |
| Transportation (not including car payments) | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 10.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | Homeowner's or renter's | $ | 0.00 |
| | Life | $ | 0.00 |
| | Health | $ | 0.00 |
| | Auto | $ | 26.05 |
| | Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| | (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| | Auto | $ | 0.00 |
| | Other | $ | 0.00 |
| | Other | $ | 0.00 |
| | Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 2,288.05 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---:|
| A. | Total projected monthly income | $ | N/A |
| B. | Total projected monthly expenses | $ | N/A |
| C. | Excess income (A minus B) | $ | N/A |
| D. | Total amount to be paid into plan each  _____ | $ | N/A |
| | (interval) | | |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **James E. Sandberg**

_____    Case No. _____

Debtor(s)        Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 22, 2005** _____        Signature    **/s/ James E. Sandberg** _____

**James E. Sandberg**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James E. Sandberg**                                                      Case No.
_____                   Chapter    **7**
                                    Debtor(s)                  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$24,139.20** | **Social Security and Disability, 2003** |
| **$24,139.20** | **Social Security and Disability, 2004** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

2

### 3. Payments to creditors

None  ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None □
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Thomas F. Fezzey, Attorney at Law**<br>**600 West Roosevelt Road**<br>**Suite B-1**<br>**Wheaton, IL 60187-2302** | **February 19, 2005** | **$950.00 attorney fee and**<br>**$209.00 filing fee** |

**10.  Other transfers**

None ■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

4

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

7

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 22, 2005**                          Signature  **/s/ James E. Sandberg**

                                                          **James E. Sandberg**
                                                          Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James E. Sandberg**                                            Case No.
_____        _____
                                    Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                         **Creditor's name**
   **-NONE-**

   *b.  Property to Be Retained*                              *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date   **June 22, 2005**                      Signature   **/s/ James E. Sandberg**
_____              _____
                                             **James E. Sandberg**
                                             Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James E. Sandberg**

_____

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  $ _____ **950.00**

Prior to the filing of this statement I have received ...................................................  $ _____ **950.00**

Balance Due.................................................................................................................  $ _____ **0.00**

2.   $ **209.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 22, 2005**

_____

**/s/ Thomas F. Fezzey**
**Thomas F. Fezzey**
**Thomas F. Fezzey, Attorney at Law**
**600 West Roosevelt Road**
**Suite B-1**
**Wheaton, IL 60187-2302**
**(630) 909-0909  Fax: (630) 909-0908**
**thomas@fezzey.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James E. Sandberg**                                              Case No.
_____    _____
                                    Debtor(s)    Chapter    **7**    _____


# VERIFICATION OF CREDITOR MATRIX


The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:    **June 22, 2005**                          **/s/ James E. Sandberg**
_____    _____
                                    **James E. Sandberg**
                                    Signature of Debtor

Academy Collection Service, Inc.
Bankruptcy Dept.
10965 Decatur Road
Philadelphia, PA 19154-3210


Academy Collection Service, Inc.
Bankruptcy Dept.
10965 Decatur Road
Philadelphia, PA 19154-3210


Academy Collection Service, Inc.
Bankruptcy Dept.
10965 Decatur Road
Philadelphia, PA 19154-3210


Academy Collection Service, Inc.
Bankruptcy Dept.
10965 Decatur Road
Philadelphia, PA 19154-3210


Account Solutions Group, LLC
Bankruptcy Dept.
205 Bryant Woods South
Buffalo, NY 14228


Aes/Educaid
1200 N 7th St
Harrisburg, PA 17102


Aes/Educaid
1200 N 7th St
Harrisburg, PA 17102


Alan C. Gasteier, DDS
Bankruptcy Dept.
215 W. Wilson
Batavia, IL 60510


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329

Apex Financial Management
Bankruptcy Dept.
P.O. Box 2189
Northbrook, IL 60065-2189


Associated Recovery Systems
Bankruptcy Dept.
8665 Baypine Road  Suite 200
Jacksonville, FL 32256


Associates/Officemax
Po Box 9714
Gray, TN 37615


AT&T
Bankruptcy Dept.
P.O. Box 1288
Pittsburgh, PA 15230


AT&T Universal Card
BANKRUPTCY DEPT.
P.O. Box 44183
Jacksonville, FL 32231-4183


Bank Of America
1825 E Buckeye Rd
Phoenix, AZ 85034


Bank of America
Bankruptcy Dept.
P.O. Box 2493
Norfolk, VA 23510


Bank One
1 East Old State
Springfield, IL 62701


Bank One
Bankruptcy Dept.
P.O. Box 8650
Wilmington, DE 19899-8650


Bank One
Bankruptcy Dept.
P.O. Box 8650
Wilmington, DE 19899-8650

Bank One
Bankruptcy Dept.
P.O. Box 8650
Wilmington, DE 19899-8650


Bankcard Services
Bankruptcy Dept.
P.O. Box 15026
Wilmington, DE 19850-5026


Bp/Citi
Po Box 15687
Wilmington, DE 19850


Cap One Bk
Po Box 85520
Richmond, VA 23285


Card Service Center
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Card Service Center
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Card Service Center
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Card Service Center
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Cardmember Service
Bankruptcy Dept.
P.O. Box 15548
Wilmington, DE 19886-5548

Cardmember Service
Bankruptcy Dept.
P.O. Box 15548
Wilmington, DE 19886-5548


Cardmember Services
Bankruptcy Dept.
P.O. Box 21550
Tulsa, OK 74121-1550


Cavalry Portfolio Serv
4050 E Cotton Center Blv
Phoenix, AZ 85040


CBE
Bankruptcy Dept.
131 Tower Park  #100
Waterloo, IA 50704-2547


Cbusasears
Po Box 6189
Sioux Falls, SD 57117


Chase
4915 Independence Pkwy
Tampa, FL 33634


Chase
100 Duffy Ave # 4h2
Hicksville, NY 11801


Chase
Bankruptcy Dept.
P.O. Box 52188
Phoenix, AZ 85072-2188


Chase
Bankruptcy Dept.
P.O. Box 52188
Phoenix, AZ 85072-2188


Chase
Bankruptcy Dept.
P.O. Box 15918
Wilmington, DE 19850-5918

Chase Na
100 Duffy Ave # 4h2
Hicksville, NY 11801


Chase Na
100 Duffy Ave
Hicksville, NY 11801


Choice
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Citgo/Citi
Po Box 15687
Wilmington, DE 19850


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6003
Hagerstown, MD 21747


Citi
Po Box 6003
Hagerstown, MD 21747


Citi
Po Box 6003
Hagerstown, MD 21747


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6003
Hagerstown, MD 21747

```
Citi
Po Box 6003
Hagerstown, MD 21747


Citi
Po Box 6003
Hagerstown, MD 21747


Citi
Po Box 6003
Hagerstown, MD 21747


Citi Card
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Citi Card
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Citi Cards
Bankruptcy Dept.
P.O. Box 660370
Dallas, TX 75266-0370


Citi Cards
Bankruptcy Dept.
P.O. Box 660370
Dallas, TX 75266-0370


Citi Cards
Bankruptcy Dept.
P.O. Box 660370
Dallas, TX 75266-0370


Citi Cards / Verizon
Bankruptcy Dept.
P.O. Box 142319
Irving, TX 75014-2319


Citi Premier Card
Bankruptcy Dept.
P.O. Box 6000
The Lakes, NV 89163-6000
```

Citi Premier Card
Bankruptcy Dept.
P.O. Box 6000
The Lakes, NV 89163-6000


Citi/Cpu
110 Lake Dr # 1-0103
Newark, DE 19702


Client Services, Inc.
Bankruptcy Dept.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Client Services, Inc.
Bankruptcy Dept.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Collectcorp
Bankruptcy Dept.
300 International Drive  #100
Buffalo, NY 14221-5783


Collectcorp
Bankruptcy Dept.
300 International Drive  Suite 100
Buffalo, NY 14221


Creditors Financial Group
Bankruptcy Dept.
P.O. Box 440290
Aurora, CO 80044-0290


Creditors Interchange
Bankruptcy Dept.
80 Holtz Drive
Buffalo, NY 14225


Creditors Interchange
Bankruptcy Dept.
80 Holtz Drive
Buffalo, NY 14225

Delnor Community Hospital
Bankruptcy Dept.
P.O. Box 739
Moline, IL 61266-0739


Direct Merchants Bank
Po Box 43730
Baltimore, MD 21236


Direct Merchants Credit
Po Box 43038
Baltimore, MD 21236


Direct Rewards
Bankruptcy Dept.
P.O. Box 550680
Jacksonville, FL 32255-4150


Discover
Bankruptcy Dept.
P.O. Box 3008
New Albany, OH 43054-3008


Discover Financial Svc
Po Box 15316
Wilmington, DE 19850


Echelon Recovery Inc.
Bankruptcy Dept.
P.O. Box 1880
Voorhees, NJ 08043


Educaid
P O Box 2461
Harrisburg, PA 17105


Educaid
P O Box 2461
Harrisburg, PA 17105


Elan Fin Stl
12443 Olive Blvd
Saint Louis, MO 63141

Financial Asset Management Systems
P.O. Box 926050
Bankruptcy Dept.
Norcross, GA 30010-6050


Financial Asset Management Systems
P.O. Box 926050
Bankruptcy Dept.
Norcross, GA 30010-6050


First National Bank of Omaha
Bankruptcy Dept.
P.O. Box 3331
Omaha, NE 68103


First National Bank of Omaha
Bankruptcy Dept.
P.O. Box 3331
Omaha, NE 68103-0331


First USA
Bankruptcy Dept.
P.O. Box 15548
Wilmington, DE 19886-5548


First USA
Bankruptcy Dept.
P.O. Box 8650
Wilmington, DE 19899-8650


First Usa Bank
800 Brooksedge Blvd
Westerville, OH 43081


First Usa Bank
800 Brooksedge Blvd
Westerville, OH 43081


First Usa Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701


Fnb Chicago Fst Card
2500 Westfield Dr
Elgin, IL 60123

Fnb Omaha
1620 Dodge St
Omaha, NE 68197


Fnb Omaha
1620 Dodge St
Omaha, NE 68197


Fnb Omaha
1620 Dodge St
Omaha, NE 68197


Fox Valley Orthopardic Institute
Bankruptcy Dept.
2525 Kaneville Road
Geneva, IL 60134


Gemb/Jc Penney
Po Box 984100
El Paso, TX 79998


Gemb/Walmart
Pob 981400
El Paso, TX 79998


Geneva Eye Clinic
Bankruptcy Dept.
302 Randall Road #10
Geneva, IL 60134


Geneva Family Practice
Bankruptcy DEpt.
302 Randall Road #202
Geneva, IL 60134


Hhld Bank
Po Box 98706
Las Vegas, NV 89193


Hhld Bank
Po Box 98706
Las Vegas, NV 89193

Household Bank
Pob 98706
Las Vegas, NV 89193


Hsbc Mortgage Corp Usa
2929 Walden Ave
Depew, NY 14043


J. C. Christensen & Assoc.
Bankruptcy Dept.
P.O. Box 519
Sauk Rapids, MN 56379


John Lee Jackson
Bankruptcy Dept.
1445 Langham Creek Drive
Houston, TX 77084


Kane Cardiology
Bankruptcy Dept.
302 Randall Road  #106
Geneva, IL 60134


KCA Financial Services, Inc
Bankruptcy Dept.
628 North Street P.O. Box 53
Geneva, IL 60134-6053


Kca Financial Svcs
628 North St
Geneva, IL 60134


Kohl's
Bankruptcy Dept.
P.O. Box 3043
Milwaukee, WI 53201-3043


Kohls
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lord & Taylor
300 Sheffield Ctr
Lorain, OH 44055

Marshall Fields
111 Boulder Industrial D
Bridgeton, MO 63044


MBNA America
Bankruptcy Dept.
P.O. Box 15026
Wilmington, DE 19850-5026


Mbna America Bank Na
Pob 17054
Wilmington, DE 19884


Mbna America Bank Na
Pob 17054
Wilmington, DE 19884


Merchants National Ban
34 S Broadway
Aurora, IL 60505


National Action Financial Systems
165 Lawrence Bell Drive #100
Bankruptcy Dept.
Buffalo, NY 14231-9027


National Asset Recovery, Inc.
Bankruptcy Dept.
2880 Dresden Drive  Suite 200
Atlanta, GA 30341


National Financial Systems
Bankruptcy Dept.
600 W. John St.  P.O. Box 9046
Hicksville, NY 11801


National Financial Systems
Bankruptcy Dept.
600 W. John St.  P.O. Box 9046
Hicksville, NY 11801


Nbgl-Carsons
140 W Industrial Dr
Elmhurst, IL 60126

Nco Fin/99
Po Box 41466
Philadelphia, PA 19101


NCO Financial Systems, Inc.
Bankruptcy Dept.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
Bankruptcy Dept.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
Bankruptcy Dept.
507 Prudential Road
Horsham, PA 19044


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Office Depot-C/Cbusa Na
Po Box 7038
Sioux Falls, SD 57117


OSI Collection Services
Bankruptcy Dept.
P.O. Box 550720
Jacksonville, FL 32255-0720


Phillips 66
Bankruptcy Dept.
P.O. Box 9140
Des Moines, IA 50368-9140


Platinum Recovery Solutions
Bankruptcy Dept.
P.O. Box 3708
Omaha, NE 68103


Protocol Recovery Service
Bankruptcy Dept.
509 Mercer Avenue
Panama City, FL 32401

Purcell Bros. Auto Service & Tire
Bankruptcy Dept.
351 S. Randall Road
Batavia, IL 60510


Regency Savings/Fhlmc
24 N Washington St
Naperville, IL 60540


Retailers National Bank/Target
Bankruptcy Dept.
P.O. Box 59231
Minneapolis, MN 55459-0231


Riaz A. Baber, M.D.
Bankruptcy Dept.
P.O. Box 1446
Aurora, IL 60507-1446


Richard D. Seierstad, Esq.
Bankruptcy Dept.
P.O. Box 570
Sauk Rapids, MN 56379-0570


Richard D. Seierstad, Esq.
Bankruptcy Dept.
P.O. Box 570
Sauk Rapids, MN 56379-0570


Risk Management Alternatives
Bankruptcy Dept.
11214 Renner Road
Lenexa, KS 66219


Rnb-Fields3
Po Box 9475
Minneapolis, MN 55440


Rnb/Dayton/Hudson/Fields
3701 Wayzata Blvd
Minneapolis, MN 55416


Sears Gold Master Card
Bankruptcy Dept
P.O. Box 818007
Cleveland, OH 44181-8007

Sherman Acquisition
Po Box 740281
Houston, TX 77274


Sherman Acquisition
Bankruptcy Dept.
P.O. Box 1170
Fairfax, VA 22030


Tnb - Target
Po Box 9745
Minneapolis, MN 55440


Tnb Target
Po Box 9475
Minneapolis, MN 55440


Universal Fidelity
Bankruptcy Dept.
P.O. Box 941911
Houston, TX 77094-8911


Universal Fidelity Corporation
Bankruptcy Dept.
P.O. Box 941911
Houston, TX 77094-8911


Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117


Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117


Viking Collection Service
Bankruptcy Dept.
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


VMC
Bankruptcy Dept.
1701 S. First Ave Suite 201
Maywood, IL 60153

```
Wachovia Bk Educaid/Ft
Po Box 13667
Sacramento, CA 95853


Wachovia Bk Educaid/Ft
Po Box 13667
Sacramento, CA 95853


Wal Mart
Bankruptcy Dept.
P.O. Box 103042
Roswell, GA 30076-9042
```