UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SANDBERG, JAMES E | ) | CASE NO. 05-25395-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**ORDER AWARDING TRUSTEE'S ATTORNEYS' COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Attorneys' compensation and expenses are allowed as follows:

Attorney for the Trustee
a.  Compensation                             $4,534.00
b.  Expenses                                 $0.00

**TOTAL            $4,534.00**

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
Honorable Manuel Barbosa
United States Bankruptcy Judge