**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| JAMES E. SANDBERG, | ) | Case No.: | 05-25395 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AS REALTOR TO THE CHAPTER 7 TRUSTEE**

**NOW COMES** Thomas E. Springer, Trustee (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred for JIM LE DUC, as Realtor to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1.  On June 27, 2005, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2.  On June 1, 2006 an Order was entered authorizing the employment of Applicant, to serve as the Realtor for the Trustee. Applicant has not received any compensation or reimbursement of expenses in this matter.

3.  Applicant requests $825.00 in compensation for services performed related to the market analysis and report of real estate located at 726 North Van Nortwick, Batavia, Illinois and no request for reimbursement of actual expenses.

4.  Attached at Exhibit F-3 is a Statement of the services rendered.

5.  Applicant is not requesting the reimbursement of any expenses incurred.

6.  Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

7.  At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to the Estate with respect to matters in which Applicant was employed.

**EXHIBIT F-2**

**WHEREFORE,** Applicant, Jim LeDuc, respectfully requests that he be awarded reasonable compensation in the amount of $825.00 for realtor's services rendered in this case.

>Respectfully Submitted,
>Thomas E. Springer, Trustee
>
>BY: Springer, Brown, Covey, Gaertner & Davis, LLC
>
>
>By:   /s/ Thomas E. Springer
>         Thomas E. Springer
>         Attorney to the Trustee

Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
 (630) 510-0000



**The Real Estate Leaders**

**Jim LeDuc, ABR, CRS, GRI**
**RE/MAX Affiliates, Inc.**
1600 Pebblewood Lane
Naperville, Illinois 60563
630-641-1400

## Invoice for Broker's Pricing Opinion

Prepared for:

    Tom Springer
    Springer, Brown, Covey, Gaertner & Davis, LLC
    400 S. County Farm Road
    Wheaton, Illinois 60187

For:

    726 North Van Nortwick
    Batavia, IL 60510

Date:

    January 6, 2007

Itemized Services Performed:

| SERVICE | DATE OF SERVICE | # OF HOURS | FEE @ $100/HOUR |
|---|---|---|---|
| Travel to and from property | 5/22/2006, 1/06/07 | 2 | $200 |
| Previewing of property exterior including photographing | 5/22/2006 | .5 | $50 |
| Inspecting and measuring interior of property | 1/06/07 | .75 | $75 |
| Research MLS for data regarding current listings and sold properties and research Tax Assessor for size, taxes for Comparable Market Analysis for 2002 and 2006 | 5/22/06 | 3 | $300 |
| Assess information and prepare a report of findings for 2002 and 2006 | 5/26/06 | 1.5 | $150 |
| Assess information and prepare updated report | 1/06/07 | .5 | $50 |
| TOTAL AMOUNT DUE | | | $825 |

Please Remit to: RE/MAX Affiliates
    1600 Pebblewood Lane
    Naperville, Illinois 60563
    ATTN: James LeDuc

Exhibit F-3