UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SANDBERG, JAMES E | ) | CASE NO. 05-25395-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,551.88 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,551.88 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____
SEP 11 2008

ENTERED: _____
Honorable Manuel Barbosa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SANDBERG, JAMES E | ) | CASE NO. 05-25395-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

### ORDER AWARDING TRUSTEE'S ATTORNEYS' COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Attorneys' compensation and expenses are allowed as follows:

Attorney for the Trustee
a. Compensation                $4,534.00
b. Expenses                    $0.00

        **TOTAL**    **$4,534.00**

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED:
Honorable Manuel Barbosa
United States Bankruptcy Judge

SEP 12 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SANDBERG, JAMES E | ) | CASE NO. 05-25395-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

## ORDER AWARDING TRUSTEE'S REALTOR'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's Realtor's compensation and expenses are allowed as follows:

Realtor for the Trustee
a. Compensation       $825.00
b. Expenses           $0.00

         **TOTAL**    **$825.00**

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED **SEP 11 2008** day of _____

ENTERED: _____
Honorable Manuel Barbosa
United States Bankruptcy Judge