UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )  CHAPTER 7 CASE
SANDBERG, JAMES E                               )
                                                )
                                                )  CASE NO. 05-25395-MB
                                                )
                                                )
                        Debtor.                 )  Hon. Manuel Barbosa

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:    THE HONORABLE Manuel Barbosa
       BANKRUPTCY JUDGE

       Final distribution of all monies has been made in accordance with the Order Awarding
Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached
as Exhibit "A".

       All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit
"B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this
estate.

       The Trustee certifies that the estate has been fully administered, requests that he be
discharged, and the case closed pursuant to 11 U.S.C. §350.

_____          _____
DATE                                      THOMAS E. SPRINGER, TRUSTEE